```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,        )
                                 )   No. 05-087-01
                Plaintiff,       )
                                 )   ORDER OF DISMISSAL WITH
v.                               )   PREJUDICE AND RECALL OF
                                 )   ARREST WARRANT
SHAWN CHRISTOPHER RAINEY,        )
                                 )
                Defendant.       )
                                 )
```

**IT IS ORDERED** that the United States' Motion to dismiss **(Ct. Rec. 3)** is **GRANTED.** The Complaint against Defendant SHAWN CHRISTOPHER RAINEY is **DISMISSED** with prejudice, and the Warrant of Arrest is **RECALLED.**

DATED April 20, 2005.

```
                        S/ CYNTHIA IMBROGNO
                     UNITED STATES MAGISTRATE JUDGE
```

ORDER OF DISMISSAL WITH PREJUDICE
AND RECALL OF ARREST WARRANT - 1